| | |
|---|---|
| | Hearing Date: April 20, 2022 |
| | Opposition Date: March 15, 2022 |
| | Reply Date: March 31, 2022 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>    Debtor in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>THEODOOR GGC AMSTERDAM, et al.,<br><br>    Defendants. | Adv. Pro. No. 10-03496 (CGM)<br><br>Administratively Consolidated<br><br>**ORAL ARGUMENT REQUESTED** |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>HSBC PRIVATE BANK SUISSE S.A., et al.,<br><br>    Defendants. | Adv. Pro. No. 10-03633 (CGM) |

**NOTICE OF MOTION TO DISMISS**

PLEASE TAKE NOTICE that, pursuant to this Court's September 28, 2021 Order, upon the accompanying Memorandum of Law in Support of HSBC Private Bank Suisse S.A.'s Motion to Dismiss for Lack of Personal Jurisdiction Under Rule 12(b)(2) and the Declaration of George Rajah in Support of HSBC Private Bank Suisse S.A.'s Motion to Dismiss for Lack of Personal

1

Jurisdiction, defendant HSBC Private Bank Suisse S.A. will move this Court for an order dismissing the Fourth Amended Complaint (Dkt. 143) filed by Fairfield Sentry Ltd. and Fairfield Sigma Ltd., by and through Kenneth M. Krys and Greig Mitchell, and the Liquidators, solely in their capacities as the liquidators for Fairfield Sentry Ltd. and Fairfield Sigma Ltd., pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, made applicable here by Rule 7012 of the Federal Rules of Bankruptcy Procedure.

PLEASE TAKE FURTHER NOTICE that this motion is without prejudice to HSBC Private Bank Suisse S.A.'s right to seek dismissal for failure to state a claim, or on other grounds, and that such defenses are expressly preserved.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 7012(b) of the Federal Rules of Bankruptcy Procedure, HSBC Private Bank Suisse S.A. does not consent to the entry of final orders or judgment by this Court.

Dated: October 29, 2021
      New York, NY

Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By:  */s/ Jeffrey A. Rosenthal*

    Jeffrey A. Rosenthal
    Joseph M. Kay
    Christine M. Jordan
    JD Colavecchio
    One Liberty Plaza
    New York, NY 10006
    T: 212-225-2000
    F: 212-225-3999
    jrosenthal@cgsh.com
    jkay@cgsh.com
    cjordan@cgsh.com
    jdcolavecchio@cgsh.com

    Nowell D. Bamberger
    2112 Pennsylvania Avenue, N.W.
    Washington, D.C. 20037
    T: 202-974-1500
    F: 202-974-1999
    nbamberger@cgsh.com

*Counsel for Defendant HSBC Private Bank Suisse S.A.*

TO:    All Counsel of Record