UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>　　　　Debtor in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>HSBC PRIVATE BANK (SUISSE) SA, et al.,<br><br>　　　　Defendants. | Adv. Pro. No. 10-03633 (CGM) |

### AMENDED SCHEDULING ORDER ON PERSONAL JURISDICTION BRIEFING AND SUBSEQUENT DISCOVERY

**WHEREAS**, on September 28, 2021, the Court entered a scheduling order for briefing motions to dismiss for lack of personal jurisdiction ("PJ Motions");

**WHEREAS**, on August 30, 2021, the Court entered a scheduling order following the parties' Rule 26(f) conference setting deadlines for discovery;

**WHEREAS**, the parties' discovery negotiations are ongoing;

**WHEREAS**, the parties have demonstrated "good cause" for extending the briefing deadlines set forth in the applicable scheduling orders;

**IT IS NOW, THEREFORE, HEREBY ORDERED,** that:

1.　　Plaintiffs shall file their oppositions to Defendants' PJ Motions by August 5, 2022;

2.　　Defendants shall file their replies in further support of their PJ Motions by September 15, 2022;

      3.      The Court shall hear argument on the PJ Motions at the October 2022 omnibus conference;

      4.      Interrogatories (except contention interrogatories) shall be served by April 18, 2023;

      5.      Contention interrogatories and requests for admission shall be served by June 16, 2023;

      6.      Contention interrogatories shall be served no earlier than April 18, 2023;

      7.      The parties shall substantially complete document productions by November 15, 2022;

      8.      Fact discovery shall conclude by June 16, 2023;

      9.      The deadline for the parties to disclose the identity of any expert witness under Federal Rule of Civil Procedure 26(a)(2) is May 1, 2023;

      10.      The parties may designate rebuttal expert witnesses consistent with Federal Rule of Civil Procedure 26(a)(2)(D)(ii) by May 30, 2023;

      11.      The parties shall submit a mutually agreed to proposed schedule for exchanging opening, rebuttal, and reply expert reports and for completion of expert depositions (or, barring agreement, competing proposed Orders) for the Court's consideration no later than June 13, 2023;

      12.      All expert discovery shall be completed by February 2, 2024;

      13.      Any request for leave to amend pleadings or join parties shall be made by June 30, 2023;

      14.      The parties shall jointly contact the Court on February 9, 2024 to schedule a status conference to discuss summary judgment and trial;

15. To the extent not modified herein, the provisions of the September 28, 2021 scheduling order regarding the PJ Motions and the August 30, 2021 scheduling order following the parties' Rule 26(f) conference remain in full force and effect.



**Dated: January 14, 2022**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**